NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**RITZ CAMERA & IMAGE, LLC,**
*Plaintiff-Appellee,*

v.

**SANDISK CORPORATION,**
*Defendant-Appellant.*

---

2012-1183

---

Appeal from the United States District Court for the Northern District of California in case no. 10-CV-2787, Judge Saundra Brown Armstrong.

---

## ON MOTION

---

## ORDER

Upon consideration of the parties' joint motion to reform the caption,

IT IS ORDERED THAT:

The motion is granted. The revised official caption is reflected above.

FOR THE COURT

FEB 14 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

FEB 14 2012

**JAN HORBALY**
**CLERK**

cc:  Joseph S. Hall, Esq.
     David W. Hansen, Esq.

s19